| | | | |
|---|---|---|---|
| AUSA: | Roy R. Kranz | Telephone: | (989) 895-5712 |
| Officer: | Nick Diedrich, BIA | Telephone: | (906) 869-1969 |

AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
### Eastern District of Michigan

United States of America
   v.
Johnathan Ashford

Case No.    1:22-mj-30489
Judge: Morris, Patricia T.
Filed: 11-07-2022 At 01:16 PM
CMP USA v. Johnathan Ashford (krc)

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __November 5, 2022__ in the county of __Isabella__ in the __Eastern__ District of __Michigan__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 1111(a); Murder in the Second Degree | COUNT 1: defendant, a non-Indian, did unlawfully kill R.R., with malice aforethought, in violation of Title 18, United States Code, Sections 1111(a) and 1152. |

This criminal complaint is based on these facts:
See attached affidavit.

☑ Continued on the attached sheet.

_____
Complainant's signature

Nick Diedrich, BIA
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 11/07/2022

_____
Judge's signature

City and state: Bay City, Michigan

Patricia T. Morris, United States Magistrate Judge
*Printed name and title*

### AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT
### FOR JOHNATHAN ASHFORD

I, Nick Diedrich, being duly sworn, depose and state:

1. I am a Bureau of Indian Affairs certified criminal investigator and an "investigative or law enforcement officer of the United States" within the meaning of Section 2510(7) of Title 18, United States Code, that is, I am authorized by law to conduct investigations of and to make arrests for offenses enumerated in Section 2516 of Title 18, United States Code.

2. I have been a police officer for over 14 years. I'm currently employed by the Saginaw Chippewa Tribal Police Department. In connection with my official duties, I investigate violations of federal criminal laws, state criminal laws, and tribal criminal laws.

3. The facts in this affidavit come from my personal observations, training, experience, and information obtained from other officers and witnesses. As part of my employment, I have received training in and been involved in (a) the analysis of documentary and physical evidence; (b) crime scene investigations; (c) controlled substance investigations; (d) the use of electronic devices in the commission of criminal offenses; (e) interviews of defendants and witnesses; and (f) the collection of forensic evidence.

4. This affidavit is intended to show merely that there is sufficient probable cause for the requested warrant and does not set forth all my knowledge about this matter. The information included in this affidavit is provided for the limited purpose of establishing probable cause that Johnathan Ashford committed the offenses of Murder in the Second Degree on or around November 5, 2022, in violation of 18 U.S.C. § 1111(a), therefore it does not contain all of the facts known to me. Additionally, unless otherwise noted, wherever in this affidavit I assert that an individual made a

1

statement, that statement is described in substance herein and is not intended to be a verbatim recitation of such statement.

5. On November 5, 2022, the police found R.R., an Indian, dead after being shot several time in her home at 2755 S. Ivy Lane in Mt. Pleasant which is on the Isabella Reservation in Indian country.

6. Later that day the police arrested defendant on unrelated charges. After waiving his Miranda rights and agreeing to talk to the police, Johnathan Ashford, a non-Indian, admitted shooting R.R. to death with a 9mm handgun on November 5, 2022 after becoming upset because he believed that R.R. was cheating on him. Ashford also admitted to accidentally shooting R.R.'s baby who was in the room at the time Ashford killed R.R.

7. Based on the above-described information, there is probable cause to believe that on or around November 5, 2022, Johnathan Ashford committed Murder in the Second Degree in violation of 18 U.S.C. § 1111(a).

                                                Nick Diedrich
                                                BIA

Subscribed and sworn to before me and signed in my presence and/or by reliable electronic means on this 7th day of November, 2022.

HON. PATRICIA T. MORRIS
United States Magistrate Judge

2